# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00650-CV

**In re ICS Imaging Systems, Inc.**

### ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY

### M E M O R A N D U M   O P I N I O N

The parties have informed us that they have entered into a Rule 11 agreement that resolves the issues presented in the petition for writ of mandamus. ICS moves the court to dismiss its petition; the motion is unopposed. Accordingly, we dismiss the mandamus. *See* Tex. R. App. P. 42.1(a).

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Puryear and Henson

Filed: February 16, 2007